IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

-------------------------------------------------X

Fred Ivey,

             Plaintiff,

v.                                Civil Action No. 1:14-cv-00581

Regional Acquisition Group, Inc.,

             Defendant.

-------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice in its entirety without fees or costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: OCTOBER 3, 2014

ATTORNEY FOR PLAINTIFF:

/s/ Elizabeth Plank
Elizabeth Plank, Esq.
FREDRICK SCHULMAN & ASSOCIATES
30 East 29th St,
New York, NY 10016
(212)769-1100

ATTORNEY FOR DEFENDANT:

/s/ Glen M. Hair
Glen M. Hair, Esq.
VARDI, HAIR & CHECKI LAW
650 Poydras St., Ste. 1550
New Orleans, Louisiana 70130
(504) 684-5200

Request Granted and case to be closed this 14th Day of October, 2014.

Richard D. Bennett
United States District Judge